CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

JOHN J. KUCERA (CABN 274184)
Assistant United States Attorney
First Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7324
FAX: (415) 436-7234
john.kucera@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANA SINGH, (AXXX-XXX-872), a/k/a SWARAN SINGH and SUBARAN SINGH (AXXX-XXX-842),<br>Defendant. | Civil Action No. 26-CV-6010<br><br>~~[PROPOSED]~~ **CONSENT JUDGMENT WITH ORDER TO REVOKE NATURALIZATION** |

Plaintiff, the United States of America, filed its Complaint to Revoke Naturalization ("Complaint") pursuant to Title 8 U.S.C. § 1451(a), for an order revoking naturalization and other relief in this matter. Plaintiff and Defendant stipulate to the entry of this Consent Judgment to Revoke Naturalization ("Consent Judgment") to resolve all matters in dispute in this action between them.

THEREFORE, IT IS ORDERED as follows:

**FINDINGS**

1. This Court has jurisdiction and venue over this matter.

2. The Complaint charges that defendant Rana Singh a/k/a Swaran Singh a/k/a Subaran Singh ("defendant") illegally procured naturalization while not lawfully admitted to permanent

resident status and procured naturalization by concealment of a material fact or willful misrepresentation in violation of Title 8 U.S.C. §§ 1427(a)(1) and 1429.

3. Defendant concedes the charges described in the Complaint.

4. Accordingly, and pursuant to 8 U.S.C. § 1451(a), defendant's naturalized citizenship must be revoked.

5. Defendant waives any claim that he may have under the Equal Access to Justice Act, 28 U.S.C. § 2412, concerning the prosecution of this action through the date of this Order, and agrees to bear its own costs and attorneys' fees.

6. Defendant and plaintiff waive all rights to appeal or otherwise challenge or contest the validity of this order.

**ORDER**

**I. REVOCATION OF NATURALIZATION STATUS**

IT IS ORDERED that defendant's United States citizenship is hereby revoked. Within ten (10) days of the entry of this Judgment, defendant must surrender, and deliver his Certificate of Naturalization No. 316165 and any copies thereof in his possession or control (and to make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others), to the Attorney General of the United States, or a designated representative, including undersigned counsel for the United States. Also within ten (10) days of the entry of this Judgment, defendant must surrender and deliver any other indicia of U.S. citizenship (including, but not limited to, United States passports and passport cards, and other relevant documents), whether current or expired, and any copies thereof in his possession or control (and to make good faith efforts to recover and then surrender any such copies in the possession or control of others), to the Attorney General of the United States, or a designated representative, including undersigned counsel for the United States.

## II. PROHIBITION AGAINST CLAIMING RIGHTS, PRIVILEGES, BENEFITS, OR ADVANTAGES OF NATURALIZATION STATUS

IT IS FURTHER ORDERED that defendant is forever restrained and enjoined from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship as a result of his obtaining naturalization on July 16, 2009.

## III. RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that this Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Consent Judgment.

SO ORDERED this 13 day of August, 2026.

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

**SO STIPULATED AND AGREED:**

**FOR PLAINTIFF:**

THE UNITED STATES OF AMERICA

CRAIG H. MISSAKIAN
United States Attorney

PAMELA T. JOHANN
Chief, Civil Division

JOHN J. KUCERA
Assistant United States Attorney
First Assistant United States Attorney
Respectfully submitted,

/s/

**FOR DEFENDANT:**

/s/ [signature] Date: 06/18/2026

RAFAEL ACE CLIMACO
Climaco Law Office
1900 N. California Blvd., Walnut Creek, CA 94596.
Floor 8, Pacific Workplaces.
rafael@climacolawoffice.com
(415) 738-2107

**DEFENDANT: RANA SINGH a/k/a SUBARAN SINGH a/k/a SWARAN SINGH**

/s/ [signature] Date: 6-18-2026
RANA SINGH a/k/a SUBARAN SINGH
a/k/a SWARAN SINGH

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*